FILED

2009 APR 28 AM II: 2

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIF

BY: _____ OE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )        Case No. 09CR1444-L
                                             )
v.                                           )        JUDGMENT AND COMMITMENT
                                             )
MARCO ANTONIO VALENZUELA VIORATO             )        Michael L. Crowley
                                             )        Defendant's Attorney
                                             )

REGISTRATION NO. _____

VIOLATION:   21 USC 844(a) - Possession of Marijuana  (Misdemeanor)

__x__ Defendant pleaded guilty to count  1
_____ Count(s) _____ dismissed on the government's oral motion.


## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count  1

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
FORTY FIVE (45) DAYS _____.

__x__ NO SUPERVISED Release imposed.
on the following conditions:
_____ obey all laws, Federal, State and Municipal
_____ comply with all lawful rules and regulations of the probation department
_____ not possess any narcotic drug or controlled substance without a lawful medical prescription
_____ not transport, harbor or assist undocumented aliens
_____ not reenter the United States illegally
_____ not possess any firearm, destructive device or any other dangerous weapon
_____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
      as directed by the probation officer
_____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
      a low risk of future substance abuse.
__x__ Penalty assessment of $ 25.00 - Remitted
__x__ Fine waived          _____ Fine of $

        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of
name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

        IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or
other qualified officer and that the copy serve as the commitment of the defendant.

04/24/09
Date of Imposition of Sentence

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE
Entered on: